UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDE L. MITCHELL,

    Petitioner,

    v.

SUZANNE M. PEERY, Warden,

    Respodent.

Case No. 15-cv-05749-HSG (PR)

**JUDGMENT**

For the reasons stated in the Order Granting Motion to Dismiss and Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/30/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge